**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 24-6182**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOHNNY ELIAS GONZALEZ, a/k/a Solo,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:08-cr-00134-RJC-SCR-18)

───────────────

Submitted:  August 28, 2025                              Decided:  September 2, 2025

───────────────

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Johnny Elias Gonzalez, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Elias Gonzalez appeals the district court's order denying his motion for compassionate release.  We have reviewed the record and find no abuse of discretion in the district court's denial of Gonzalez's motion.  *See United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023) (providing standard).  Accordingly, we affirm the district court's order.  *United States v. Gonzalez*, No. 3:08-cr-00134-RJC-SCR-18 (W.D.N.C. Feb. 1, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*